KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
P. O. BOX 1193
ARCATA, CA 95518
(707) 822-1611 FAX (707) 822-1044
EMAIL: aew1950@yahoo.com

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| TAMMI LEE GRANT,<br><br>  Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>  Defendant | Case No.: 1:16-cv-4806-NJV<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER IN SUPPORT OF PLAINTIFF'S FOURTH REQUEST FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Tammi Grant may have an extension until May 19, 2017, in which to file Plaintiff's Reply Brief. This is Plaintiff's fourth request overall in this case and is due to Plaintiff's counsel's health issues.

Dated: May 5, 2017                     /s/ *Kenneth J. Collins*
                                       KENNETH J. COLLINS
                                       Attorney for Plaintiff

//

| | |
|---|---|
| | BRIAN J. STRETCH<br>United States Attorney |
| Dated: May 5, 2017 | /s/ *Geralyn Gulseth obo Sundeep R. Patel*<br>SUNDEEP R. PATEL<br>Special Assistant United States Attorney<br>Attorney for Defendant<br>(authorized by telephone) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 10, 2017

_____
Hon. Nandor J. Vadas
United States Magistrate Judge